JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROY PARKER,                          ) NO. ED CV 16-1456-DOC(E)
                                     )
            Petitioner,              )
                                     )
      v.                             )          JUDGMENT
                                     )
WARDEN J. PRICE,                     )
                                     )
            Respondent.              )
_____)


     Pursuant to the Order Accepting Findings, Conclusions and

Recommendations of United States Magistrate Judge,


     IT IS ADJUDGED that the Petition is denied and dismissed

with prejudice.


          DATED:    October 28, 2016
                  _____.


                  _____
                        DAVID O. CARTER
                  UNITED STATES DISTRICT JUDGE